# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY EUGENE BRADLEY, | **15-cv-00531-LJO-GSA** |
| Plaintiff, | |
| v. | **ORDER GRANTING IFP** |
| TUOLUMNE COUNTY SUPERIOR COURT, ELEANOR PROVOST, and DONALD SEGERSTROM, | (ECF No. 2) |
| Defendants. | |

Plaintiff Rodney Bradley ("Plaintiff") filed a complaint on April 6, 2015 and an application to proceed *in forma pauperis* on that same day. (ECF Nos. 1, 2). Plaintiff has made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

Pursuant to 28 U.S.C. § 1915(e)(2), the Court conducts an initial review of all *pro se* complaints for legal sufficiency. The Court must dismiss a complaint or portion thereof if it determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies of the complaint may be cured by

1

amendment. Plaintiff is advised that the Court will screen his complaint in due course and issue an order addressing the legal sufficiency of his claims. The Court's screening order will be served on Plaintiff by U.S. mail.

IT IS SO ORDERED.

    Dated:  **April 8, 2015**                             **/s/ Gary S. Austin**
                                                                                                   UNITED STATES MAGISTRATE JUDGE